UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11531

CARL J. PIZZOFERRATO,
Plaintiff,

v.

MILLIS POLICE DEPARTMENT, DETECTIVE DOMENIC TIPERI, WALPOLE POLICE DEPARTMENT, and DETECTIVE WILLIAM BAUSCH,
Defendants.

ORDER
June 22, 2010

O'TOOLE, D.J.

After review of the parties' submissions, the Defendants, Millis Police Department and Detective Domenic Tiberi's Motion to Dismiss (dkt. no. 19) and the Motion to Dismiss on Behalf of Defendant William Bausch (dkt. no. 24) are DENIED without prejudice. Likewise, the Plaintiff's Motion for the Filing of an Amendment to Clarify the Civil Lawsuit Complaint (dkt. no. 29) is DENIED without prejudice as the proposed amended complaint would not satisfy Federal Rule of Civil Procedure 8(a) to give the defendants fair notice of what the claims are and the grounds upon which they rest. See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007).

The plaintiff is ordered to file, no later than July 30, 2010, an amended complaint which must (1) include a clear statement of the facts alleged; and (2) identify what claims are being made against each defendant, as required by Federal Rule of Civil Procedure 8(a). Each claim is to be placed in a separate, short, and clearly-written paragraph. The constitutional, statutory, or other basis of each claim must be clearly identified.

2

The Clerk is hereby ordered to send a copy of <u>Step by Step: A Simple Guide to Filing a Civil Action in the United States District Court, District of Massachusetts</u> to the plaintiff.

The defendants shall have twenty-one (21) days from the date of service of the amended complaint to file a response, including a renewal of the motions to dismiss.

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge